AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Tracking of
*(Identify the person to be tracked or describe the object or property to be used for tracking)*
2012 Gray Toyota Sienna,
Ohio Registration JCA7832
VIN 5TDKK3DC8CS205379

)
)
)
)   Case No. 2:21-mj-117
)
)
)

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of 21 U.S.C. § 846. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☐ property designed for use, intended for use, or used in committing a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
2012 Gray Toyota Sienna, Ohio Registration JCA7832, VIN 5TDKK3DC8CS205379

☑ Delayed notice of 30 days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*antonio kelly*
Applicant's signature

Antonio Kelly, Special Agent, DEA
Applicant's printed name and title

Sworn to before me and signed in my presence.

Date: February 22, 2021

City and state: Columbus, OH

Kimberly A. Jolson
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH/TRACKER WARRANT**

I, Antonio T. Kelly, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Drug Enforcement Administration (hereinafter referred to as "DEA") assigned to the Detroit Field Division, Columbus District Office. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of United States empowered by law to conduct criminal investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been employed by the DEA since August 21, 2016. As a Special Agent, I am empowered to investigate, to make arrests with or without warrants, and to execute search warrants under the authority of 21 U.S.C. § 878.

2. Prior to being employed by the DEA, I was employed by the Bureau of Prisons in Williamsburg, South Carolina, from March 2008 to August 2016. I also held various law enforcement positions from 2005 to the present, including with the Charleston County Sheriff's Office in Charleston, South Carolina. During this time, I have accumulated the following training and experience:

    (a) I graduated from the DEA Academy in Quantico, Virginia, on February 3, 2017. I received approximately 20 weeks of training including controlled substances identification, interview and interrogation training, preparation of search warrants, tactical application of narcotics enforcements, tactical undercover training, surveillance and electronic monitoring techniques, money laundering investigations training, and various forensics subjects including latent fingerprint collections and analysis.

(b) During my law enforcement career, I have participated in and conducted numerous criminal investigations, including those involving possession with intent to distribute controlled substances, distribution of controlled substances, and conspiracy to possess with the intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. §§ 841 and 846. These investigations have resulted in arrests of individuals who have possessed with the intent to distribute and distributed marijuana, cocaine, cocaine base, heroin, methamphetamine, and MDMA, as well as other controlled substances. These investigations have also resulted in seizures of illegal drugs and proceeds from the distribution of those illegal drugs.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**FACTS ESTABLISING PROBABLE CAUSE AND NEED FOR THIS APPLICATION**

4. In May 2020, members of the Columbus District Office (CDO) initiated an investigation into the Sara GARCIA Money Laundering Organization (MLO), operating in the Columbus Ohio area. GARCIA has been identified as the head of the Organization.

5. Based on traffic stops, search warrants, and two undercover money pickups, totaling $124, 500 in suspected drug proceeds that occurred on May 11, 2020 and November 12, 2020, the MLO launders drug proceeds and distributes fentanyl in Columbus and surrounding areas.

6. On November 23, 2020, Ohio State Highway Patrol initiated a traffic stop on GARCIA's vehicle (**2012 gray Toyota Sienna, Ohio registration JCA7832**) due to a traffic violation. GARCIA was identified as the driver of the vehicle and Oscar Daniel CAMACHO-GARCIA was identified as the passenger. At this time, an OSHP K-9 was deployed and alerted to a positive scent of illegal narcotics. After the positive alert from the K-9, GARCIA and CAMACHO-GARCIA were both read their Miranda warnings in which they both understood and complied. GARCIA and CAMACHO-GARCIA were then placed under investigative detention and placed in an OSHP mark unit.

7. A subsequent search of the vehicle resulted in the seizure of approximately 13.9 pounds marijuana, plastic bags containing methamphetamine residue, scales containing methamphetamine residue, drug paraphernalia, a vacuum sealer, keys to a safe, AR-15 magazines, and boxes of .223 Remington ammunition. The marijuana seized was found in the trunk of the vehicle in the same box agents observed CAMACHO-GARCIA carrying out the rear entrance of 612 East 2nd Avenue, Columbus, Ohio, prior to the traffic stop.

8. As a result of the traffic stop, agents were granted authorization to execute a federal search warrant at 612 East 2nd Avenue. On November 23, 2020, members of the CDO executed this search warrant and seized approximately 80-kilogram wrappers containing cocaine residue and a hydraulic press covered in cocaine residue located in the basement of the residence, among other items. One of these items seized was approximately one ounce of fentanyl located in a safe in the living room area of the residence. After the search of the residence was complete, GARCIA and CAMACHO-GARCIA were released.

9. Based on my training and experience and training experience of other law enforcement officers involved in this investigation, as well as my knowledge of this

3

investigation, it is law enforcement belief that members of this MLO were using 612 East 2nd Avenue as a stash house, for the purpose of distributing large amounts illegal narcotics.

10. During the search of the residence, agents also seized a USPS box in the basement next to the kilogram wrappers containing cocaine residue. This USPS box was destined for a Megan Rogers, located at 1610 Koebel Road, Columbus, Ohio, from Joe Lopez, 1017 2nd Street Calexico, California. According to a law enforcement database, George Williams is the listed owner of 1610 Koebel Road. Investigators identified Williams is not known for being a user or distributor of illegal narcotics.

11. Through investigative efforts and past information from a former CDO Confidential Source (CS), Preston MILLER who is known to law enforcement as a multi-kilogram distributor of cocaine, resides at 1606 Koebel Road. 1606 Koebel Road is located next door to 1610 Koebel Road. In the past, the former CDO CS advised investigators, MILLER's source of supply for cocaine is from Mexico and resides locally in Columbus, Ohio. The former CDO CS advised agents in the past, MILLER has received packages containing cocaine through mail services. The former CDO CS advised agents he/she was a criminal associate of MILLER.

12. Through investigative efforts, agents discovered Megan Rogers was a fictitious name and did not reside at 1610 Koebel Road. Based upon my training and experience and the training and experience of law enforcement officials involved in this investigation, it is law enforcement belief the USPS box contained illegal narcotics and was meant for MILLER. Based upon my training and experience and the training experience of other law enforcement officials involved in this investigation, I know that drug traffickers commonly used fictitious names and addresses when receiving illegal narcotics through mail services to keep from being detected by law enforcement.

4

13. Based upon my training and experience and the training experience of other law enforcement officials involved in this investigation, it is law enforcement belief that MILLER retrieved the USPS box when it arrived at 1610 Koebel Road, then transported the USPS box to the original stash house, located at 612 East 2nd Avenue for the purpose of redistribution.

14. On January 12, 2021, agents applied for a federal search warrant and were granted authorization to install an electronic mobile device on GARCIA's vehicle. This warrant expires on February 26, 2021.

15. On January 14, 2021, electronic surveillance revealed GARCIA's vehicle was parked near MILLER's address of 1606 Koebel Road, only staying for short a period of time before leaving. It is agent's belief that GARCIA did visit MILLER during this time.

16. During the duration of this tracker warrant, agents were able to identify the location where Edith Joanna HERRERA-GARCIA resides. HERRERA-GARCIA is the daughter of GARCIA and is known to law enforcement as a money courier for this MLO. In addition, during the duration of this tracker warrant, agents also identified and observed GARCIA coming and going from 949 East Long Street, Columbus, Ohio, staying for short periods of time before leaving. Through investigative efforts and knowledge from other law enforcement officials involved in this investigation, it is agent's belief that 949 East Long Street is a location used by GARCIA for the purpose of distributing illegal narcotics.

17. Specifically, on February 11, 2021, members of the High Intensity Drug Trafficking Areas (HIDTA Interdiction) indicted an individual who resided at 949 East Long Street on charges of Conspiracy to Distribute a Controlled Substance. This bolsters the information thereof that 949 East Long Street is a location used for facilitating, distributing and/or storing illegal narcotics.

18. On February 11, 2021, agents observed Garcia's vehicle park at the rear of 949 East Long Street. At this time agents observed an unknown Hispanic male (UHM), later identified as Humberto De LOS ANGELES carrying suitcases and boxes from the residence and placing them in the rear of GARCIA's vehicle. Based upon my training and experience and the training experience of other law enforcement officials involved in this investigation, it is believed that LOS ANGELES was relocating contraband from the residence and taking it to another location.

19. On February 19, 2021, electronic surveillance revealed GARCIA arrived in the area of MILLER's residence and stayed for a short period of time before leaving. Based upon my training and experience and the training experience of other law enforcement officials involved in this investigation, it is believed that GARCIA met with MILLER for the purpose of collecting proceeds from the sale of illegal narcotics.

20. Based on my training and experience and the training and experience of other law enforcement officials, and based on the aforementioned information, it is law enforcement's belief that Sara GARCIA is Preston MILLER's source of supply for cocaine in the Columbus, Ohio area. In addition, it is agent's belief that GARCIA is the head of this MLO and is also involved in the distribution of multi-kilogram quantities of cocaine, methamphetamine, and marijuana operating in the Columbus, Ohio and surrounding areas.

## CONCLUSION

21. Based upon this the facts set forth thein, I request that the Court authorize executing of this warrant, as it is necessary to assist law enforcement in identifying locations **Sara GARCIA** and **Preston MILLER** use for the distribution of illegal narcotics, and any other co-conspirators involved in the distribution of illegal narcotics.

6

21. Consistent with General Order 18-01 of the Southern District of Ohio, I further request that the Court order that all papers in support of this application, including the application, affidavit, tracking warrant, and attachments be sealed. These documents discuss and ongoing investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because premature disclosure may seriously jeopardize the investigation.

Respectfully submitted,

*antonio kelly*
Antonio T. Kelly
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on February 22, 2021, 2021

Kimberly A. Jolson
United States Magistrate Judge